UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>KENNETH BERGER )<br><br>Defendant. ) | Civil Action No. |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Thermo Fisher Scientific Inc. ("Thermo Fisher"), hereby discloses, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, that it has no parent corporation and that T. Rowe Price Group, Inc., which is publicly held, owns 10% or more of its stock.

Respectfully submitted,

THERMO FISHER SCIENTIFIC INC.,

By its attorneys,

/s/ Erik J. Winton
Erik J. Winton, BBO #600743
wintone@jacksonlewis.com
Allan N. MacLean, BBO #664396
macleana@jacksonlewis.com
Brian M. Childs, BBO #662594
brian.childs@jacksonlewis.com
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA  02116
(617) 367-0025

Dated:  June 15, 2012

4848-4364-5199, v. 1