UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC., )<br>　　　Plaintiff, )<br>v. )<br>　 )<br>KENNETH BERGER, )<br>　　　Defendant. )<br> ) | Case No. 1:12-cv-11070-RGS |

## MOTION FOR ADMISSION OF BRIAN S. KAPLAN AND JULIA C. DIPRETE
## *PRO HAC VICE* (ASSENTED TO)

Pursuant to Local Rule 83.5.3(b), Defendant Kenneth Berger ("Mr. Berger"), by and through his attorneys, HINCKLEY, ALLEN & SNYDER LLP, respectfully moves this Court to admit Brian S. Kaplan and Julia C. DiPrete, a partner and an associate, respectively, of the law firm of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York 10019, (212) 506-1700, to practice before this Court solely for the purpose of appearing as counsel for Mr. Berger in the above-captioned case. As grounds for this motion, moving counsel states as follows:

1.　Moving counsel serves as counsel of record for Mr. Berger.

2.　Since May of 1995, Brian S. Kaplan has been admitted to practice before, and is a member in good standing of, the bar of the highest court of the State of New York, where he regularly practices law. Mr. Kaplan is also admitted to practice before, and is a member in good standing of, the Bars of the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the District of

New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the State of New Jersey.

  3. Since 2010, Julia C. DiPrete has been admitted to practice before, and is a member in good standing of, the bar of the highest court of the State of New York, where she practices regularly. Ms. DiPrete is also admitted to practice before, and is a member in good standing of, the Bars of the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

  4. There are no disciplinary proceedings pending against Mr. Kaplan or Ms. DiPrete in any jurisdiction. Mr. Kaplan and Ms. DiPrete have never has been suspended or disbarred in any jurisdiction.

  5. Declarations completed by Mr. Kaplan and Ms. DiPrete, in the form required by Local Rule 85.5.3(b), are being filed contemporaneously herewith. As indicated in the accompanying declarations, Mr. Kaplan and Ms. DiPrete are both familiar with the Local Rules of the United States District Court for the District of Massachusetts.

  6. The Plaintiff, Thermo Fisher Scientific, Inc., by and through counsel, assents to the relief requested herein.

  WHEREFORE, moving counsel respectfully requests that Brian S. Kaplan and Julia C. DiPrete be granted leave to appear and practice *pro hac vice* on behalf of Kenneth Berger in this action.

                                              Respectfully submitted,

                                              KENNETH BERGER
                                              By his attorneys,

Dated: July 31, 2012                   /s/ Kelley A. Jordan-Price
                                              Michael J. Connolly (BBO #638611)
                                              Kelley A. Jordan-Price, (BBO #565964)
                                              Hinckley, Allen & Snyder LLP
                                              28 State Street
                                              Boston, MA 02109
                                              Tel. (617) 345-9000
                                              Fax (617) 345-9020

## **CERTIFICATE OF SERVICE**

      This hereby certifies that on this 31st day of July 2012, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants.

                                              /s/ Kelley A. Jordan-Price
                                              Hinckley, Allen & Snyder LLP