UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THERMO FISHER SCIENTIFIC INC.,<br>　　　Plaintiff,<br>v.<br><br>KENNETH BERGER,<br>　　　Defendant. | )<br>)<br>)<br>) Case No. 1:12-cv-11070-RGS<br>)<br>)<br>)<br>) |

**DECLARATION OF BRIAN S. KAPLAN IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Brian S. Kaplan, being duly sworn, do depose and state as follows:

1. I am an attorney at law and a partner of the law firm of Kasowitz, Benson, Torres & Friedman LLP. My office address is 1633 Broadway, New York, New York 10019. My office telephone number is (212) 506-1743.

2. Since May 1995, I have been, and presently am, a member in good standing of the bar of the highest court of the State of New York, where I regularly practice law.

3. I am also admitted to practice before, and am a member in good standing of, the Bars of the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the District of New Jersey and the State of New Jersey.

#50832234

4.       I have never been suspended, disbarred, or disciplined by any court.  In addition, there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

5.       I am familiar with the local rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 31st day of July, 2012.

_/s/ Brian S. Kaplan_____

#50832234

## CERTIFICATE OF SERVICE

    This hereby certifies that on this 31st day of July 2012, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants.

                                             /s/ Kelley A. Jordan-Price
                                             Hinckley, Allen & Snyder LLP

#50832234