UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THERMO FISHER SCIENTIFIC INC., ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 1:12-cv-11070-RGS |
| ) | |
| KENNETH BERGER, ) | |
|     Defendant. ) | |

**DECLARATION OF JULIA C. DIPRETE IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Julia C. DiPrete, being duly sworn, do depose and state as follows:

1. I am an attorney at law and an associate at the law firm of Kasowitz, Benson, Torres & Friedman LLP. My office address is 1633 Broadway, New York, New York 10019. My office telephone number is (212) 506-1927.

2. Since 2010, I have been, and presently am, a member in good standing of the bar of the highest court of the State of New York, where I regularly practice law.

3. I am also admitted to practice before, and am a member in good standing of, the Bars of the United States District Court for the Eastern District of New York and the United States District Court for the Southern District of New York.

4. I have never been suspended, disbarred, or disciplined by any court. In addition, there are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

5. I am familiar with the local rules of the United States District Court for the District of Massachusetts.

#50832223

Signed under the penalties of perjury this 31st day of July, 2012.

/s/ Julia C. DiPrete_____

#50832223

## **CERTIFICATE OF SERVICE**

     This hereby certifies that on this 31st day of July 2012, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants.

                                                /s/ Kelley A. Jordan-Price
                                                Hinckley, Allen & Snyder LLP

#50832223