UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THERMO FISHER SCIENTIFIC INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:12-cv-11070-RGS |
| | ) | |
| KENNETH BERGER, | ) | |
| Defendant. | ) | |

## ASSENTED TO MOTION FOR EXTENSION
## OF TIME TO RESPOND TO COMPLAINT

Defendant Kenneth Berger ("Mr. Berger") respectfully moves this Court for the entry of an Order extending the time for Mr. Berger to answer or otherwise respond to the Complaint up and until September 11, 2012. Plaintiff Thermo Fisher Scientific, Inc. ("Thermo Fisher") assents to this request.

In support of this Motion, Mr. Berger states as follows:

1.      Thermo Fisher commenced this action on June 15, 2012.

2.      Mr. Berger's counsel accepted service of the Complaint on July 11, 2012 and waived the necessity of service by other means.

3.      The deadline for Mr. Berger to answer, move or otherwise respond to the Complaint is currently July 31, 2012.

4.      Thermo Fisher, by and through counsel, has agreed to grant Mr. Berger an extension of time, namely up to and including September 11, 2012, to answer, move or otherwise respond to the Complaint and assents to the relief being requested by this Motion.

5.      Mr. Berger submits that, given the nature of the relief being requested herein, no memorandum of law is required for the Court to rule on this Motion.

WHEREFORE, Kenneth Berger respectfully requests that this Honorable Court enter an Order:

A.      Granting this Motion and extending the deadline for Mr. Berger to answer, move or otherwise respond to the Complaint up to and including September 11, 2012; and

B.      Awarding such other relief as is just and proper.


Respectfully submitted,

KENNETH BERGER
By his attorneys,


Dated:  July 31, 2012                              /s/ Kelley A. Jordan-Price
                                                   Michael J. Connolly (BBO #638611)
                                                   Kelley A. Jordan-Price, (BBO #565964)
                                                   Hinckley, Allen & Snyder LLP
                                                   28 State Street
                                                   Boston, MA  02109
                                                   Tel. (617) 345-9000
                                                   Fax (617) 345-9020


                                                   Of counsel:

                                                   Brian S. Kaplan (*pro hac vice* pending)
                                                   Julia C. DiPrete (*pro hac vice* pending)
                                                   Kasowitz, Bensen, Torres & Friedman LLP
                                                   1633 Broadway
                                                   New York, NY 10019
                                                   Tel. (212) 506-1700
                                                   Fax (212) 506-1800

## CERTIFICATE OF SERVICE

     This hereby certifies that on this 31st day of July 2012, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants.

/s/ Kelley A. Jordan-Price
Hinckley, Allen & Snyder LLP