# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| THERMO FISHER SCIENTIFIC INC. | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.: 1:12–CV–11070–RGS |
| KENNETH BERGER | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   Kenneth Berger

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

   Erik J. Winton
   Jackson Lewis LLP
   75 Park Plaza
   Boston, MA 02116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SARAH ALLISON THORNTON

*CLERK OF COURT*

/s/ – Clarilde M Geraldino–Karasek

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2012–06–18 13:13:42.0, Clerk USDC DMA

Case 1:12-cv-11070-RGS Document 3 Filed 06/18/12 Page 2 of 2

Civil Action No.: 1:12—CV-11070—RGS

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

This summons for (name of individual and title, if any) __Kenneth Berger__

was received by me on (date) __June 18, 2012__

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

X Other (specify)   See additional information regarding service below.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

| 9/10/12 | /s/Erik J. Winton |
|---|---|
| Date | Server's Signature |
| | Erik J. Winton |
| | Jackson Lewis LLP |
| | 75 Park Plaza |
| | Boston, MA 02116 |
| | Server's Address |

Additional information regarding attempted service, etc:

On July 11, 2012, counsel for Defendant, Kenneth Berger, agreed to accept service of the Complaint and Summons on behalf of Mr. Berger, and waived the necessity of service by other means. Prior to that time, on June 21, 2012, a copy of the Summons, Complaint and other case opening documents were sent to Mr. Berger's counsel, Attorney Brian S. Kaplan at Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, NY 10019-6799.

## CERTIFICATE OF SERVICE

This hereby certifies that on this 10th day of September 2012, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Erik J. Winton
Jackson Lewis LLP