UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THERMO FISHER SCIENTIFIC INC.,<br>    Plaintiff,<br>v.<br><br>KENNETH BERGER,<br>    Defendant. | **ORAL ARGUMENT REQUESTED**<br><br>Case No. 1:12-cv-11070-RGS |

**DEFENDANT'S MOTION**
**TO DISMISS OR TO TRANSFER VENUE**

Defendant Kenneth Berger ("Berger" or "Defendant") hereby moves to dismiss the Complaint of Plaintiff Thermo Fisher Scientific, Inc. ("Thermo" or "Plaintiff") pursuant to Fed. R. Civ. P. 12(b)(2), or alternatively to transfer venue to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1406, on the following grounds, which are more fully set forth in Defendant's accompanying Memorandum of Law.

In its Complaint, Thermo alleges that Berger breached a Non-Competition Agreement through his alleged solicitation and subsequent hire of Joseph Baiunco, a former Thermo employee. Thermo asserts purported claims against Berger for breach of contract, declaratory judgment, breach of the implied covenant of good faith and fair dealing and unjust enrichment.

This Court lacks personal jurisdiction over Berger, requiring dismissal of the Complaint pursuant to Fed. R. Civ. P. 12(b)(2). Berger is not, and has never been, a resident of Massachusetts or employed in Massachusetts, and, indisputably, Thermo's purported claims do not arise out of any alleged transaction of business, or any other of Berger's alleged contacts, with Massachusetts.

In the alternative, this case should be transferred to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1406, because the balance of private and public policy considerations weighs strongly in favor of transferring this action to New Jersey.

In support of his motion, Berger submits his own Declaration, the Declaration of Joseph Baiunco and a supporting Memorandum of Law.

## CONCLUSION

WHEREFORE, Defendant Kenneth Berger respectfully requests that this Court dismiss the Complaint of Plaintiff Thermo Fisher Scientific, Inc. or, alternatively, transfer this case to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1406.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Berger requests oral argument on the foregoing motion.

    Respectfully submitted,
    DEFENDANT
    KENNETH BERGER

    By his attorneys,

      /s/ Kelley A. Jordan-Price
    Michael J. Connolly (BBO #638611)
    Kelley A. Jordan-Price (BBO #565964)
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, MA  02109
    Tel. (617) 345-9000
    Fax (617) 345-9020

/s/ Brian S. Kaplan
Brian S. Kaplan (admitted *pro hac vice*)
Julia C. DiPrete (admitted *pro hac vice*)
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1700
Fax (212) 506-1800

Dated:  September 11, 2012

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that she conferred with counsel for the Plaintiff in a good faith attempt to resolve and/or narrow the issues addressed in this motion.  Counsel for the Plaintiff, Erik Winton, indicated that the Plaintiff does not assent to counsel's description of the requested relief and will respond to the arguments raised after receiving and reviewing the written motion and supporting documents.

 /s/  Kelley A. Jordan-Price
Michael J. Connolly (BBO #638611)
Kelley A. Jordan-Price (BBO #565964)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109
Tel. (617) 345-9000
Fax (617) 345-9020

## CERTIFICATE OF SERVICE

I, Kelley A. Jordan-Price, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Kelley A. Jordan-Price