UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THERMO FISHER SCIENTIFIC INC., )<br>Plaintiff, )<br>v. )<br>)<br>KENNETH BERGER, )<br>Defendant. )<br>_____ ) | Case No. 1:12-cv-11070-RGS<br><br>**DECLARATION OF**<br>**JOSEPH BAIUNCO** |

JOSEPH BAIUNCO, being duly sworn, states as follows:

1. I respectfully submit this declaration in support of Defendant Kenneth Berger's ("Berger" or "Defendant") Motion to Dismiss Plaintiff Thermo Fischer Scientific Inc.'s ("Thermo" or "Plaintiff") Complaint for Lack of Personal Jurisdiction or to Transfer Venue. I have personal knowledge of the facts set forth herein, except where otherwise indicated.

2. I am currently the Senior Vice President of Human Resources at ConvaTec Inc. ("ConvaTec"), a Delaware corporation based in Skillman, New Jersey. ConvaTec is a medical technology development and marketing company that focuses primarily on Ostomy Care, Wound Therapeutics, Continence and Critical Care, and Infusion Devices.

3. I am currently a resident of New Jersey.

4. Prior to my employment at ConvaTec, I worked at Thermo as the Vice President of Human Resources in the Laboratory Products Group, in Thermo's Pittsburgh, Pennsylvania office.

5. Before working in Thermo's Pittsburgh office, I was employed in Thermo's office in Fairlawn, New Jersey. I am aware that Thermo has at least three other offices located in New Jersey.

1

6. I was never employed in Thermo's Massachusetts office, nor have I ever resided in, or worked in, Massachusetts.

7. As a result of dissatisfaction with my position at Thermo, I had been actively searching for new employment since 2011.

8. After Berger joined ConvaTec, I reached out to him to inquire about applying for the position of Senior Vice President of Human Resources at ConvaTec. I contacted Berger, who was working at ConvaTec in New Jersey, from Pennsylvania, where I worked and resided.

9. Berger informed me that he would not consider me for the position at ConvaTec while I remained an employee of Thermo.

10. Any contact that I had with Berger regarding the position at ConvaTec was initiated by me, and Berger did not make any offers or promises of employment at ConvaTec to me while I was an employee of Thermo.

11. Any communications that I had with Berger took place in Pennsylvania and New Jersey.

12. I resigned from Thermo effective May 9, 2012. At that time, I was considering several potential business and employment opportunities. I also intended to pursue employment with ConvaTec after I resigned.

13. On May 18, 2012, I interviewed for the Senior Vice President of Human Resources position at ConvaTec, in New Jersey.

14. I was hired as the Senior Vice President of Human Resources at ConvaTec, in New Jersey, effective June 1, 2012. I currently work in ConvaTec's office in Skillman, New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on September 10, 2012

_____
Joseph Baiunco