UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| THERMO FISHER SCIENTIFIC INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-11070-RGS |
| ) | |
| KENNETH BERGER ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR TO TRANSFER VENUE**

Plaintiff, Thermo Fisher Scientific, Inc. ("Thermo Fisher"), respectfully requests, with the assent of Defendant, Kenneth Berger, that this Court grant an extension of 17 days for Thermo Fisher to respond to Defendant's Motion To Dismiss Or To Transfer Venue ("Defendant's Motion"). In support of this request, Thermo Fisher states as follows:

1. On June 15, 2012, Thermo Fisher filed its Complaint in this matter with this Court.

2. In connection with the service of the Complaint upon Defendant, Thermo Fisher agreed to provide Defendant with an extension of time to respond to the Complaint, up to and including September 11, 2012. The Court subsequently entered an Order granting Defendant this extension of time to respond to the Complaint.

3. On September 11, 2012, Defendant filed Defendant's Motion in response to the Complaint. Accordingly, Thermo Fisher's response to Defendant's Motion is presently due on or before September 25, 2012.

4. Due to the Jewish holidays and other pressing business, Thermo Fisher is requesting, with the Defendant's assent, that this Court enter an Order granting Thermo Fisher a 17-day extension, up to and including October 12, 2012, to respond to Defendant's Motion.

WHEREFORE, Thermo Fisher respectfully requests, with the assent of Defendant, that this Court enter an order granting Thermo Fisher an extension, up to and including October 12, 2012, to respond to Defendant's Motion To Dismiss Or To Transfer Venue.

Respectfully submitted,

THERMO FISHER SCIENTIFIC INC.,
By its attorneys,

/s/ Allan N. MacLean
Erik J. Winton, BBO #600743
wintone@jacksonlewis.com
Allan N. MacLean, BBO #664396
macleana@jacksonlewis.com
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA  02116
(617) 367-0025

Dated:  September 25, 2012

## CERTIFICATE OF SERVICE

This hereby certifies that on this 25th day of September 2012, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Allan N. MacLean
Jackson Lewis LLP

4820-2581-1985, v. 1