UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THERMO FISHER SCIENTIFIC INC., )<br>    Plaintiff, )<br>v. )<br>  )<br>KENNETH BERGER, )<br>    Defendant. )<br>  ) | Case No. 1:12-cv-11070-RGS |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE REPLY BRIEF AND SUPPLEMENTAL DECLARATION**

Defendant Kenneth Berger ("Berger" or "Defendant") hereby moves, pursuant to Local Rule 7.1(b)(3), for leave to file a Reply Brief of no more than ten (10) pages to Plaintiff Thermo Fisher Scientific, Inc.'s ("Thermo" or "Plaintiff") Opposition to Defendant's Motion to Dismiss Or To Transfer Venue (the "Motion"), together with a Supplemental Declaration of Berger, no later than November 2, 2012.

As grounds for this motion, Berger states as follows:

1.    Berger seeks leave to address several issues raised by Thermo in its Opposition that warrant further explanation. Among other things, Thermo's Opposition has refreshed Berger's recollection regarding certain additional Massachusetts activities involving Berger. However, a Reply Brief is necessary to provide the relevant context for these activities and demonstrate why they are nonetheless insufficient to confer personal jurisdiction over Berger in this matter.

2.    A Reply Brief and Supplemental Declaration will address issues raised by Thermo that were not addressed by Berger in his principal brief and supporting declaration.

3. Granting Berger leave to file a Reply Brief and Supplemental Declaration will assist the Court in fully and thoroughly resolving the issues raised by the Motion and Thermo's Opposition thereto.

WHEREFORE, Berger requests that this Court grant him leave to file a Reply Brief of no more than ten (10) pages and Supplemental Declaration within the proposed time period.

Respectfully submitted,
DEFENDANT
KENNETH BERGER

By his attorneys,

      /s/ Kelley A. Jordan-Price
Michael J. Connolly (BBO #638611)
Kelley A. Jordan-Price (BBO #565964)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109
Tel. (617) 345-9000
Fax (617) 345-9020


      /s/ Brian S. Kaplan
Brian S. Kaplan (admitted *pro hac vice*)
Julia C. DiPrete (admitted *pro hac vice*)
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1700
Fax (212) 506-1800

Dated:  October 22,  2012

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that she conferred with counsel for the Plaintiff in a good faith attempt to resolve and/or narrow the issues addressed in this motion. Counsel for the Plaintiff, Allan MacLean, has indicated that the Plaintiff will not oppose the instant motion.

           /s/ Kelley A. Jordan-Price
Michael J. Connolly (BBO #638611)
Kelley A. Jordan-Price (BBO #565964)
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109
Tel. (617) 345-9000
Fax (617) 345-9020

## CERTIFICATE OF SERVICE

I, Kelley A. Jordan-Price, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

           /s/ Kelley A. Jordan-Price